CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 23 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILBY JAMES BRANHAM,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00426 |
| v. | ) ) ) | **MEMORANDUM OPINION**<br><br>By:   Jackson L. Kiser |
| MAJOR PARKER, *et al*,<br>    Defendant(s). | ) ) | Senior United States District Judge |

Wilby James Branham, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered August 28, 2015, the court directed plaintiff to submit within 10 days from the date of the Order the consent to withholding of fees form in order to complete an application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 23rd day of September, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge