IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILBY JAMES BRANHAM, ) | |
| Plaintiff, ) | Civil Action No. 7:15-cv-00426 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| MAJOR BRANHAM, *et al*, ) | By: Jackson L. Kiser |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 23d day of September, 2015.

Senior United States District Judge